# UNITED STATES DISTRICT COURT FILED

## NORTHERN DISTRICT OF CALIFORNIA

2006 DEC 13 P 3:08

### SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

---

THE UNITED STATES OF AMERICA

*vs.*

JOHN CARVALHO DINIZ

*SEALED BY ORDER OF THE COURT*

---

# INDICTMENT

**COUNT ONE:** 18 U.S.C. § 2423(a) – Transportation of Minor With Intent to Engage in Illegal Sexual Activity.

**COUNT TWO**: 18 U.S.C. § 2422(a) – Enticement to Travel to Engage in Unlawful Sexual Activity.

**COUNT THREE**: 18 U.S.C. § 2421 – Transportation of Individual With Intent to Engage in Illegal Sexual Activity.

*A true bill.*

_____
*Foreperson*

Filed in open court this __13__ day of __Dec__

A.D. 2006

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ No bail arrest warrant

DOCUMENT NO. | CSA's INITIALS
1 | e

DISTRICT COURT
CRIMINAL CASE PROCESSING

KEVIN V. RYAN (CASBN 118321)
United States Attorney

**Filed**
DEC 13 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SEALED BY ORDER OF COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA, ) CR 06 00800 JW  PVT
) No.
Plaintiff, ) VIOLATIONS: 18 U.S.C. § 2423(a) --
) Transportation of Minor With Intent to
v. ) Engage in Illegal Sexual Activity; 18 U.S.C.
) § 2422(a) – Inducement of Individual to
) Travel to Engage in Illegal Sexual Activity;
JOHN CARVALHO DINIZ, ) 28 U.S.C. § 2421 – Transportation of
) Individual With Intent to Engage in Illegal
Defendant. ) Sexual Activity
)
_____ ) SAN JOSE VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2423(a) – Transportation of Minor With Intent to Engage in Illegal Sexual Activity)

On or about and September 26, 2002, in the Northern District of California, and elsewhere, the defendant,

JOHN CARVALHO DINIZ, did knowingly transport an individual known to the Grand Jury, who had not attained the age of 18 years, in foreign and interstate commerce, with the intent that the minor engage in sexual activity for which any person could be charged with a criminal offense, *to wit*: California Penal Code

INDICTMENT

Sections 286(b)(1), and 288a;

All in violation of Title 18, United States Code, Section 2423(a).

COUNT TWO: (18 U.S.C. § 2422(a) – Enticement to Travel to Engage in Unlawful Sexual Activity)

Commencing on an unknown date in August of 2002, and continuing until on or about September 26, 2002, in the Northern District of California and elsewhere, the defendant,

JOHN CARVALHO DINIZ,

did knowingly persuade, induce, entice, and coerce an individual known to the Grand Jury to travel in foreign and interstate commerce, to engage in sexual activity for which any person can be charged with a criminal offense, *to wit:* California Penal Code Sections 286(b)(1) and 288a;

All in violation of Title 18, United States Code, Section 2422(a).

COUNT THREE: (18 U.S.C. § 2421 – Transportation of Individual With Intent to Engage in Illegal Sexual Activity)

On or about and September 26, 2002, in the Northern District of California, and elsewhere, the defendant,

JOHN CARVALHO DINIZ,

did knowingly transport an individual known to the Grand Jury, with the intent that said individual engage in sexual activity for which any person could be charged with a criminal offense, *to wit:* California Penal Code Sections 286(b)(1), and 288a;

All in violation of Title 18, United States Code, Section 2421.

DATED: 13 DEC 2006

A TRUE BILL.

_____
FOREPERSON

KEVIN V. RYAN
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Office

(Approved as to form: _____ )
AUSA Gary G. Fry

INDICTMENT                    -2-

# AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

---

**OFFENSE CHARGED**

See Attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**

See Attachment

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

**DEFENDANT - U.S.**

2006 DEC 13 P 3:08

▶ JOHN CARVALHO DINIZ

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**

SEALED BY ORDER OF THE COURT

CR 06 00800 JW PVT

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

S/A Susan Warren-F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

---

Name and Office of Person
Furnishing Information on
THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   GARY G. FRY

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEET
# U.S. v. DINIZ

**COUNT ONE**: 18 U.S.C. § 2423(a) – Transportation of Minor With Intent to Engage in Illegal Sexual Activity.

**Penalties:**

30 years imprisonment

5 years supervised release

$250,000.00 fine

$100.00 special assessment

**COUNT TWO:** 18 U.S.C. § 2422(a) – Enticement to Travel to Engage in Unlawful Sexual Activity.

**Penalties:**

20 years imprisonment

3 years supervised release

$250,000.00 fine

$100.00 special assessment

COUNT THREE: 18 U.S.C. § 2421 – Transportation of Individual With Intent to Engage in Illegal Sexual Activity.

**Penalties:**

10 years imprisonment

3 years supervised release

$250,000.00 fine

$100.00 special assessment