UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE       Case No. **CR 06-0800 JW**

CASE TITLE: **USA v. John Diniz**

NOTE FROM THE JURY

Date: 5/8/08

Time: 2:13 pm

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

or

2. The Jury has the following question:

(1) The jury would like a readback of Michael Magdalena's testimony on questions of body hair. This testimony was after Detective Moreno's testimony. This testimony was on 5/6/08.

(2) Is it possible for the jury to have a complete transcript of the trial?

DATE: 5/8/08                           _____
                                        Signature of Jury Foreperson