UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE            Case No. **CR 06-0800 JW**

CASE TITLE: **USA v. John Diniz**

NOTE FROM THE JURY

Date: 5/8/08

Time: 4:00 pm

Note No. 2

1. The Jury has reached a unanimous verdict. [Please mark]   (____)

or

2. The Jury has the following question:

The jury would like to review video of defendant's taped testimony with Detective Moreno. We would like to know if Mr. Diniz said he expected to be reimbursed for ticket by "the family" or by "the parents".

DATE: 5/8/08                    _____
                                Signature of Jury Foreperson