IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br>   v.<br>John Carvalho Diniz,<br><br>         Defendant.<br>_____/ | NO. CR-06-00800 JW<br><br>**SUPPLEMENTAL INSTRUCTION NO. 1** |

    Members of the jury, you have asked to review "video of defendant's taped testimony with Detective Moreno." You state: "We would like to know if Mr. Diniz said he expected to be reimbursed for ticket by 'the family' or by 'the parents'."

    If you wish to listen to the video, let me know and I will have you brought back into the courtroom for that purpose. Because your question focused on a specific matter, I consulted with the parties and they reached the following stipulation: The parties stipulate that on the video, Mr. Diniz makes the following statement to Detective Moreno, "...but his parents said they would pay me back in payments."

    Even though the parties have reached this stipulation, if you still wish to hear the video, send a note to that effect to me and I will make the necessary arrangements.

Dated: May 9, 2008

                                                              JAMES WARE<br>
                                                              United States District Judge