UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE          Case No. **CR 06-0800 JW**

CASE TITLE: **USA v. John Diniz**

NOTE FROM THE JURY

Date: 5/9/08
Time: 11:37 am
Note No. 3

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

or

2. The Jury has the following question:

The jury would like a read back of Mr. Diniz's testimony as it relates to his reasons for going back to the Azores in August 2002.

DATE: 5/9/08

Signature of Jury Foreperson