UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE     Case No. **CR 06-0800 JW**

CASE TITLE: **USA v. John Diniz**

NOTE FROM THE JURY

Date: 5/9/08

Time: 11:45

Note No. 4

1. The Jury has reached a unanimous verdict. [Please mark]  (____)

or

2. The Jury has the following question:

The jury would like clarification on what legally constitutes enticement, inducement, or persuasion.

DATE: 5/9/08

Signature of Jury Foreperson